**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00999-CV

**DANIEL S. BARNETT AND ABOVO CORPORATION, Appellants**

**V.**

**RICHARD B. SCHIRO, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08747**

## ORDER

We **GRANT** appellant's November 29, 2016 second unopposed motion to extend time to file a brief and **ORDER** the brief tendered to this Court on November 29, 2016 filed as of the date of this order.

/s/      CRAIG STODDART
JUSTICE